Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:                                    )
                                          )
CEDARHILL MOTORSPORTS LLC                 )        Case No. 5-09-50009
                                          )
                                          )
          Debtor(s)                       )        Chapter 7
                                          )

### TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The trustee has indicated the name, address, and amount due each creditor on the attached..

Date: _April 16, 2010_

/s/ John G. Leake

JOHN G. LEAKE
P O Box 526
Harrisonburg, VA  22803
(540) 434-7425

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 5-09-50009** |
| CEDARHILL MOTORSPORTS LLC | ) | **Chapter 7** |
| | ) | |
| Debtor(s). | ) | |
| _____ | ) | |

### SUMMARY OF PROPOSED DISTRIBUTION

| | | |
|---|---|---|
| **TRUSTEE COMPENSATION/EXPENSES** | $ | 1,499.06 |
| **Attorney for Trustee Fees** | $ | 739.50 |
| **Accounting Fees** | $ | 650.00 |

### UNSECURED CLAIMS

| | | |
|---|---|---|
| US BANKRUPTCY COURT | $ | 2,443.73 |
| **TOTAL** | $ | 5,332.29 |

# PROPOSED DISTRIBUTION

Case Number: 5-09-50009    RK

Debtor Name: CEDARHILL MOTORSPORTS LLC

Page 1

Date: April 19, 2010

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | | $5,332.36 |
| | JOHN G. LEAKE COMPENSATION | Admin | Percent Paid: 100.00000 % | $1,496.21 | $0.00 | $1,496.21 | $1,496.21 | $0.00 | $0.00 | $1,496.21 | $3,836.15 |
| | JOHN G. LEAKE EXPENSES | Admin | Percent Paid: 100.00000 % | $2.86 | $0.00 | $2.86 | $2.86 | $0.00 | $0.00 | $2.86 | $3,833.29 |
| | DALE A DAVENPORT ESQ | Admin | 001 Percent Paid: 100.00000 % | $739.50 | $0.00 | $739.50 | $739.50 | $0.00 | $0.00 | $739.50 | $3,093.79 |
| | TOM WILSON CPA | Admin | 001 Percent Paid: 100.00000 % | $650.00 | $0.00 | $650.00 | $650.00 | $0.00 | $0.00 | $650.00 | $2,443.79 |
| | US Bankruptcy Court | Unsec | 999 Percent Paid: 100.00737 % | $2,443.61 | $0.00 | $2,443.61 | $2,443.61 | $0.00 | $0.18 | $2,443.79 | $0.00 |
| << Totals >> | | | | $5,332.18 | $0.00 | $5,332.18 | $5,332.18 | $0.00 | $0.18 | $5,332.36 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  Interest was calculated from the Case Petition Date of 01/07/09 through 10/26/09 at a rate of 0.37% (annualized simple interest).