Form 704-B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: )
)
CEDARHILL MOTORSPORTS LLC ) Case No. 5-09-50009
)
)
Debtor(s) ) Chapter 7
)

### TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The trustee has indicated the name, address, and amount due each creditor on the attached..

Date: April 16, 2010       /s/ John G. Leake
                          JOHN G. LEAKE
                          P O Box 526
                          Harrisonburg, VA 22803
                          (540) 434-7425

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:                          )
                                )   Case No. 5-09-50009
CEDARHILL MOTORSPORTS LLC       )   Chapter 7
                                )
                Debtor(s).      )
_____)

## SUMMARY OF PROPOSED DISTRIBUTION

| | | |
|---|---|---:|
| **TRUSTEE COMPENSATION/EXPENSES** | $ | 1,499.06 |
| Attorney for Trustee Fees | $ | 739.50 |
| Accounting Fees | $ | 650.00 |

**UNSECURED CLAIMS**

| | | |
|---|---|---:|
| US BANKRUPTCY COURT | $ | 2,443.73 |
| **TOTAL** | $ | 5,332.29 |

# PROPOSED DISTRIBUTION

Case Number: 5-09-50009    RK    Page 1    Date: April 19, 2010
Debtor Name: CEDARHILL MOTORSPORTS LLC

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $5,332.36 |
| | JOHN G. LEAKE COMPENSATION | Admin | | $1,496.21 | $0.00 | $1,496.21 | $1,496.21 | $0.00 | $0.00 | $1,496.21 | $3,836.15 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | JOHN G. LEAKE EXPENSES | Admin | | $2.86 | $0.00 | $2.86 | $2.86 | $0.00 | $0.00 | $2.86 | $3,833.29 |
| | Percent Paid 100.00000 % | | | | | | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $739.50 | $0.00 | $739.50 | $739.50 | $0.00 | $0.00 | $739.50 | $3,093.79 |
| | Percent Paid 100.00000 % | | | | | | | | | | |
| | TOM WILSON CPA | Admin | 001 | $650.00 | $0.00 | $650.00 | $650.00 | $0.00 | $0.00 | $650.00 | $2,443.79 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | US Bankruptcy Court | Unsec | 999 | $2,443.61 | $0.00 | $2,443.61 | $2,443.61 | $0.00 | $0.18 | $2,443.79 | $0.00 |
| | Percent Paid: 100.00737 % | | | | | | | | | | |
| | << Totals >> | | | $5,332.18 | $0.00 | $5,332.18 | $5,332.18 | $0.00 | $0.18 | $5,332.36 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 01/07/09 through 10/26/09 at a rate of 0.37% (annualized simple interest).

## JOHN G. LEAKE, TRUSTEE
P. O. Box 526
Harrisonburg, Virginia 22803

Office Phone (540) 434-7425				Home Phone (540) 434-3412

April 22, 2010

RE: Bankruptcy Case # 09-50009
   Cedarhill Motorsports, LLC

There were no creditors that filed a claim in the above case after 3 attempts for them to do so. Therefore the balance of unsecured funds is to be paid to the registry. The amount of unsecured unclaimed funds is $2,443.73.

/s/ John G. Leake

John G. Leake
Chapter 7 Bankruptcy Trustee